LAW OFFICE OF
# SANDRA D. PARKER
110 EAST 59TH STREET - 22ND FLOOR
NEW YORK, NEW YORK 10022
WWW.SDP-LAW.COM

TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

November 9, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

RE: Mumin v. City of New York, et al.
23 CV 3932 (JLR)

Dear Judge Rochon:

    This firm represents Ayana Mumin, the Plaintiff in the above entitled action. Plaintiff respectfully submits this letter, to the extent a filing beyond the First Amended Complaint and Jury Demand (ECF Doc. #20) is required by paragraph 3.B of the Court's Individual Rules of Practice in Civil Cases, in order for the Court to dismiss as moot, the Defendants' motion to dismiss the Complaint (ECF Doc. # 16, 17, 18).

    On October 31, 2023, pursuant to paragraph 3.B, and within 21 days of Defendants' motion to dismiss the Complaint, Plaintiff amended the Complaint as of right, by filing the First Amended Complaint and Jury Demand. While Plaintiff's response to Defendants' motion to dismiss is due on November 13, 2023 (ECF Doc. #15), pursuant to paragraph 3.B, the motion is rendered moot. In accordance with that rule, Plaintiff does not believe a response is required and will not submit a response to the Defendants' dismissal motion, on November 13, 2023.

Respectfully submitted,

*Sandra D. Parker*
Sandra D. Parker

cc:    Ernst Bonaparte, Esq. (By ECF)

---

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

Dated: November 9, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**