UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

AYANA F. MUMIN,

                                              Plaintiff,

     -against-

23-CV-03932(JLR)

THE CITY OF NEW YORK, LOUIS A.
MOLINA, Individually and in his Official Capacity
as Commissioner of the New York City Department
of Correction; and SALESFORCE.COM, INC.,

                                            Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Ernst Bonaparte dated March 14, 2024, the accompanying memorandum of law also dated March 14, 2024, and upon all prior pleadings and proceedings heretofore had herein, the City of New York and Louis A Molina (collectively "City Defendants") in the above-referenced cases will move this Court, before the Honorable Jennifer L. Rochon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an order, (a) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Second Amended Complaint ("SAC") (ECF No. 45) in its entirety with prejudice because it fails to state a claim upon which relief can be granted, and (b) granting City Defendants such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, in accordance with Rule 12(a)(4) of the Federal Rules of Civil Procedure, if this motion is denied, in whole or in part, City Defendants reserve their right to answer and respectfully request 30 days from the docketing of the order denying the motion in which to serve an answer.

Dated: New York, New York
March 14, 2024

        **HON. SYLVIA O. HINDS-RADIX**
        Corporation Counsel of the City of New York
        Attorney for the City Defendants
        100 Church Street, 2nd Floor
        New York, New York 10007
        ebonapar@law.nyc.gov

By:     /**s**/
        ERNST BONAPARTE
        Assistant Corporation Counsel