

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA EHRLICH**
*Assistant Corporation Counsel*
Phone: (212) 356-2549
iehrlich@law.nyc.gov

February 25, 2025

**Via ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    Ayana F. Mumin v. City of New York, et. al.
               Civil Action No.: 1:23-CV-03932 (JLR)

Dear Judge Rochon:

      I am the Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for City Defendants in the above-referenced action. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request a 30-day extension of time to respond to the Third Amended Complaint from February 25, 2025, to March 27, 2025. ECF No. 84. This is Defendants' first request for an extension of time to respond to the TAC. ECF No. 84. Plaintiff consents to this request, and the requested extension will not affect any scheduled conferences. The reason for this request is that the requested time will allow Defendants to review the Amended pleading and evaluate how to respond to the Third Amended Complaint.

      I thank the Court for its consideration of this request.

                                                          Respectfully submitted,

                                                          */s/ Ilona J. Ehrlich*
                                                          Ilona Ehrlich
                                                          Assistant Corporation Counsel