

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA EHRLICH**
*Assistant Corporation Counsel*
Phone: (212) 356-2549
iehrlich@law.nyc.gov

October 30, 2025

**Via ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    <u>Ayana F. Mumin v. City of New York, et. al.</u>, 23-CV-03932 (JLR)

Dear District Judge Rochon:

      I am the Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants the City of New York, New York City Department of Correction, and Louis A. Molina in the above-referenced action, in which Plaintiff alleges she was terminated when her request for a religious accommodation was denied and she did not comply with the Covid-19 Vaccine Mandate.

      I write to respectfully request an extension of time for Defendants to file their Answer to the Third Amended Complaint ("TAC"), from October 30, 2025 to November 20, 2025. The reason for the requested extension is that additional time is needed for this Office to obtain further documents to investigate the allegations in the TAC and to prepare a response. This is Defendants' second request for an extension of time to answer the TAC following the Court's Opinion and Order. Plaintiff consents to this request.

      I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Ilona J. Ehrlich*
Ilona J. Ehrlich, Esq.
Assistant Corporation Counsel

cc: All Counsel of Record (Via ECF)