UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

                 Plaintiff,

      -v-

THE CITY OF NEW YORK ET AL,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/2026__

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to compel ("Plaintiff's Motion"), ECF No. 115, and Defendants' letter relaying their intention to respond, ECF No. 116.

A conference is scheduled on **May 7, 2026,** at **10:30 a.m.** by telephone to discuss Plaintiff's Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 860 996 946#).

**SO ORDERED.**

Dated: April 27, 2026
     New York, New York

                                Henry J. Ricardo
                                United States Magistrate Judge