UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

                    Plaintiff,

              -v-

THE CITY OF NEW YORK ET AL,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2026_____

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 7, 2026 to address the points raised in Plaintiff's motion to compel (the "Motion"), ECF No. 115. For the reasons articulated in the conference transcript, the Motion is **GRANTED IN PART AND DENIED IN PART.** The Parties shall comply with the following rulings.

I.     **INTERROGATORIES**

- Plaintiff's request to compel responses to Interrogatories Nos. 1, 3, 4, and 9 is **DENIED.**

- Plaintiff's request to compel a response to Interrogatory No. 2 is **DENIED** without prejudice to renewal after the parties further confer on the request.

- Plaintiff's request to compel a response to Interrogatory No. 5 is **DENIED** as moot regarding the identification of individuals and otherwise **DENIED.**

- Plaintiff's request to compel a response to Interrogatory No. 7 is **GRANTED** with respect to the request to identify DOC employees who requested a

religious accommodation or exemption from the COVID vaccine mandate and **DENIED** with respect to the other information requested.

- Plaintiff's request to compel a response to Interrogatory No. 8 is **GRANTED** with respect to identifying the employees who requested a medical accommodation or exemption from the COVID vaccine mandate and **DENIED** with respect to the other information requested.

## II.   DOCUMENT REQUESTS

- Plaintiff's request to compel production in response to Document Requests Nos. 4, 5, and 6 is **GRANTED**.  The parties are directed to confer about an efficient way to locate and produce the documents.

- Plaintiff's request to compel production in response to Document Requests Nos. 7, 8, 9, 10, and 11 is **DENIED** without prejudice to renewal after the parties meet and confer on the requests.

- Plaintiff's request to compel production in response to Document Request No. 15 is **GRANTED.**

- Plaintiff's request to compel production in response to Document Request No. 22 is **GRANTED** on the condition that parties confer first on whether the request for Documents related to the Department of Corrections Office of Equal Employment Opportunity is limited to substantiated claims.  The parties shall also confer on the appropriate timeline for production.

- Plaintiff's request to compel production in response to Document Request No. 23 is **DENIED**.

- Plaintiff's request to compel production in response to Document Request No. 26 is **DENIED** without prejudice to renewal after the parties further confer on the request.

## III.   DEPOSITIONS

- Plaintiff's request to require witness Nadene Pinnock to appear for an in-person deposition is **DENIED**.

- Plaintiff's request to depose witness Molina is **DENIED.**

**SO ORDERED.**

Dated: May 7, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

3