UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

                     Plaintiff,

        -v-

THE CITY OF NEW YORK ET AL,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2026__

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter requesting to extend discovery deadlines, ECF No. 122. The Parties shall adhere to the following deadlines. Fact discovery shall be completed by **August 11, 2026**. Expert discovery shall be completed by **August 12, 2026**. All discovery shall therefore be completed by **August 12, 2026**.

To adjourn the August 11, 2026 post-discovery conference, Parties are directed to propose three dates to the District Judge by letter motion.

**SO ORDERED.**

Dated: May 14, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge