UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

                Plaintiff,

      -v-

THE CITY OF NEW YORK ET AL,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/26/2026_

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion (the "Letter Motion"), ECF No. 124.  Defendants are directed to respond to the Letter Motion by **July 10, 2026**.

A conference is scheduled for **July 17, 2026,** at **11:00 a.m.** by telephone to discuss the Letter Motion.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 654 615 900#).

**SO ORDERED.**

Dated: June 26, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge