USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

Plaintiff,

-v-

THE CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on July 17, 2026 to address the points raised in Plaintiff's motion requesting the Court to compel production and impose sanctions (the "Motion"), ECF No. 124. For the reasons articulated in the conference transcript, the Motion is **GRANTED IN PART AND DENIED IN PART.** The Parties shall comply with the following rulings.

- Plaintiff's request for sanctions is **DENIED**.
- Defendants shall complete production in response to Document Request 22 by **July 31, 2026**.
- Defendants shall produce documents responsive to Document Request 8 by **July 31, 2026**. The production shall not be limited to information about comparators.
- Defendants shall produce documents responsive to Document Request 9 by **July 31, 2026**. The production shall be limited to requests for medical and religious accommodation.

- Defendants shall complete the follow up discovery from the Vafegh deposition by **July 24, 2026**.
- Plaintiff may depose witnesses Bleakley, Lundi, and Lee.
- To the extent any requests made in the Motion are not addressed above, they are **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 124 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge