UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

Plaintiff,

-against-

THE CITY OF NEW YORK and LOUIS A. MOLINA, individually and in his Official Capacity as Commissioner of the New York City Department of Correction,

Defendants.

Case No. 1:23-cv-03932 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given that discovery is ongoing and scheduled to close on August 12, 2026, Dkt. 123, the post-discovery pretrial conference previously scheduled for August 11, 2026 at 11 a.m. is ADJOURNED. Judge Ricardo ordered the parties on May 14, 2026 to propose three alternative dates to the Court for rescheduling the conference, Dkt. 123, and they failed to do so. The Court expects full compliance with all court orders.

The post-discovery pretrial conference shall be rescheduled for **September 29, 2026** at 3:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York.

Dated: August 4, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge