UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

Plaintiff,

-against-

THE CITY OF NEW YORK and LOUIS A. MOLINA, individually and in his Official Capacity as Commissioner of the New York City Department of Correction,

Defendants.

Case No. 1:23-cv-03932 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given that discovery is ongoing and scheduled to close on October 12, 2026, Dkt. 137, the post-discovery pretrial conference previously scheduled for September 29, 2026 at 3:00 p.m. is ADJOURNED.

The post-discovery pretrial conference shall be rescheduled for **December 1, 2026** at 2:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York.

Dated: August 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge