UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

AYANA F. MUMIN,

Plaintiff,

-v-

THE CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion at ECF No. 153 requesting to stay a deposition. Plaintiff shall respond to the letter motion by **September 4, 2026**. The letter motion will be discussed at the conference scheduled for **September 9, 2026**. *See* ECF No. 154.

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge