UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/9/2026

AYANA F. MUMIN,

Plaintiff,

-v-

THE CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on September 9, 2026 to discuss Plaintiff's letter motion to compel, ECF No. 151; Defendants' letter motion for an extension of time to respond to certain document requests, ECF No. 152; and Defendants' letter motion requesting to stay a deposition, ECF No. 153.

For the reasons articulated at the conference, the letter motions at ECF Nos. 151 and 153 are **DENIED** as moot, given Judge Rochon's intervening opinion and order at ECF No. 160. The motion for an extension of time to respond to document requests is **GRANTED**. ECF No. 152. Defendants shall respond to the document requests related to the Pinnock deposition by **September 11, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 151 and 153 as **DENIED** and the letter motion at ECF No. 152 as **GRANTED**.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge