USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA F. MUMIN,

Plaintiff,

-v-

THE CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

23-CV-3932 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion for a conference and Defendants' letter motion for a conference (the "Letter Motions"), each on anticipated motions to compel. ECF Nos. 169, 170.

Responses to the Letter Motions are due by **October 22, 2026**. A conference is scheduled for **October 28, 2026,** at **2:00 p.m.** by telephone to discuss the Letter Motions. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 378 688 070#).

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge