LAW OFFICE OF
SANDRA D. PARKER
110 EAST 59TH STREET - 22ND FLOOR
NEW YORK, NEW YORK 10022
WWW.SDP-LAW.COM

TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

November 20, 2026

**BY ECF**
Honorable Jennifer L. Rochon
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

Plaintiff's request is GRANTED. The post-discovery pre-trial conference scheduled for December 1, 2026 is ADJOURNED until **March 16, 2027** at **11:00 a.m.**

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 180.

Dated: November 24, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

RE: Mumin v. City of New York, et al.
23 CV 3932 (JLR)(HJR)

Dear Judge Rochon:

This firm represents the Plaintiff in the above entitled action. Pursuant to 1.E of the Court's Individual Rules for Civil Cases, Plaintiff respectfully requests an adjournment of the post-discovery pre-trial conference from December 1, 2026 to February 19, 2027, February 22, 2027 or February 23, 2027. This is the third time the conference has been adjourned. Defendants take no position regarding this request, but are in agreement with the above proposed dates for a rescheduled conference.

Plaintiff makes this request because of outstanding discovery issues in the above case, which have been presented to Magistrate Judge Ricardo, and may not be resolved before December 1, 2026. Furthermore, in advance of the December 1, 2026 conference, the parties are to submit a joint letter updating the Court on the case status, including proposed deadlines for pretrial submissions and trial dates. Without resolution of these pending discovery issues, Plaintiff would be unable to provide the Court with the required submissions.

Today, Plaintiff filed a pre-motion letter with Magistrate Judge Ricardo, seeking redress in connection with Defendants' insufficient responses to Plaintiff's Request for Admissions (RFA). After numerous conferences with Defendants to resolve issues with their responses, on November 18, 2026 they served Plaintiff with revisions to their responses, without curing many of the deficiencies. On November 18, 2026 Defendants also confirmed, that November 30, 2026 is the only available date for the appearance of their Rule 30(b)(6) designee for deposition. In an October 28, 2026 Order, Magistrate Judge Ricardo, granted in part Plaintiff's motion to compel the deposition. *Dkt. # 175.* However, November 30, 2026 also is the deadline for completing discovery.

Concerned that the dispute regarding Defendants' responses to the RFA may not be resolved before November 30, 2026, and that the discovery cut off date may preclude Plaintiff from seeking relief in connection with any deficient Rule 30(b)(6) deposition testimony, Plaintiff also filed today, an application with Magistrate Judge Ricardo to extend the discovery cut off date to December 30, 2026 for the purpose of permitting resolution of her pre-motion letter

regarding the sufficiency of Defendants' RFA responses, and to afford Plaintiff the opportunity to seek redress for an insufficiency in the Rule 30(b)(6) witness' testimony. As an alternative, Plaintiff proposed maintaining the November 30, 2026 discovery cut off date, but providing Plaintiff with a thirty days window until December 30, 2026 to permit resolution of the RFA related dispute and to seek redress for the Rule 30(b)(6) witness' deficient testimony.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this application and reschedule the December 1, 2026 conference to February 19, 2027, February 22, 2027 or February 23, 2027, or to a time convenient for the Court.

Respectfully submitted

/s/ Sandra D. Parker

cc: Santos Garcia Avelar, Esq. (By ECF)